## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF KANSAS

|  |  |
|---|---|
| PAYLESS SHOESOURCE WORLDWIDE, INC., | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 05-4023-JAR |
| v. | ) ) ) |
| TARGET CORPORATION and TARGET BRANDS, INC., | ) ) ) |
| Defendants. | ) |

## **ORDER**

This matter comes before the court upon defendants' Unopposed Motion to Seal Memorandum and Certain Exhibits (Doc. 90). As the title of defendants' motion indicates, plaintiff does not oppose the present motion. Therefore, good cause having been shown, it is hereby ordered that defendant's motion (Doc. 90) is granted. Defendants shall deliver to the Clerk's Office for conventional filing under seal, the memorandum and exhibits J, K, N and P to the Affidavit of Eric Jorstad. These documents shall be accepted for filing with the Court under seal.

**IT IS SO ORDERED.**

Dated this 20th day of September, 2006, at Topeka Kansas.

        <u>s/K.Gary Sebelius</u>
        K. GARY SEBELIUS
        U.S. MAGISTRATE JUDGE