### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF KANSAS

| | |
|---|---|
| PAYLESS SHOESOURCE WORLDWIDE, INC., ) ) ) ) Plaintiff, ) ) ) ) ) v. ) ) TARGET CORPORATION and ) TARGET BRANDS, INC., ) ) Defendants. ) | Civil Action No. 05-4023-JAR |

### **ORDER**

This matter comes before the court upon defendants' Motion for Leave to File Motion and Supporting Materials Conventionally and Under Seal (Doc. 129). Defendants seek to file their motion to compel and accompanying documents under seal because these documents contain information that the parties have designated as "Confidential" pursuant to the parties' Protective Order (Doc. 52). Defendants contacted plaintiff's counsel who does not oppose the present motion. Therefore, and for good cause having been shown, it is hereby ordered that defendant's motion (Docs. 129) is granted. Accordingly,

**IT IS THEREFORE ORDERED** that defendants shall deliver to the Clerk's Office for conventional filing under seal, its Motion to Compel Testimony and supporting materials.

These documents shall be accepted for filing with the Court under seal.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2006, at Topeka Kansas.

                                             s/ K. Gary Sebelius  
                                            K. GARY SEBELIUS  
                                            U.S. MAGISTRATE JUDGE