# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| PAYLESS SHOESOURCE WORLDWIDE, INC., | ) ) ) ) |
| Plaintiff, | ) ) Civil Action No. 05-4023-JAR |
| v. | ) ) ) ) ) ) |
| TARGET CORPORATION and TARGET BRANDS, INC., | ) ) ) ) |
| Defendants. | ) |

## ORDER

This matter comes before the court upon defendants' Motion for Leave to File Opposition and Supporting Materials Conventionally and Under Seal (Doc. 135) to Plaintiff's Motion to Compel (Doc. 123) filed on October 26, 2006. Defendants seek to file their response and accompanying documents under seal because these documents contain information that the parties have designated as "Confidential" pursuant to the parties' Protective Order (Doc. 52). The present motion indicates that plaintiff does not oppose the present motion. Therefore, and for good cause having been shown, it is hereby ordered that defendant's motion (Docs. 135) is granted. Accordingly,

**IT IS THEREFORE ORDERED** that defendants shall deliver to the Clerk's Office for conventional filing under seal, its Response and Supporting Materials to Plaintiff's Motion to compel (Doc. 123).

These documents shall be accepted for filing with the Court under seal.

**IT IS SO ORDERED.**

Dated this 9th day of November, 2006, at Topeka Kansas.

       s/ K. Gary Sebelius
       K. GARY SEBELIUS
       U.S. MAGISTRATE JUDGE