### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF KANSAS

| | |
|---|---|
| PAYLESS SHOESOURCE WORLDWIDE, INC.,  )<br>  )<br>  )<br>Plaintiff,  )<br>  )<br>  )<br>  )<br>  )<br>v.  )<br>  )<br>TARGET CORPORATION and  )<br>TARGET BRANDS, INC.,  )<br>  )<br>Defendants.  ) | Civil Action No. 05-4023-JAR |

### **ORDER**

These matters comes before the court upon plaintiff's Assented-to Motion to File Documents Under Seal (Doc. 169), seeking to file its reply in support of its Motion for Reconsideration and for Alternate Relief (Doc. 156) conventionally and under seal. Plaintiff seeks to file its reply under seal because the reply contains information that the parties have designated as "Confidential" pursuant to the parties' Protective Order (Doc. 52). The present motion indicates that defendants do not oppose the present motion. Therefore, and for good cause having been shown, it is hereby ordered that plaintiff's motion (Doc. 169) is granted. Accordingly,

**IT IS THEREFORE ORDERED** that plaintiff shall deliver to the Clerk's Office its reply in support of its Motion for Reconsideration and for Alternate Relief.

This document shall be accepted for filing with the Court under seal.

**IT IS SO ORDERED.**

Dated this 2d day of January, 2007, at Topeka Kansas.

                                    s/ K. Gary Sebelius
                                    K. GARY SEBELIUS
                                    U.S. MAGISTRATE JUDGE