# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| PAYLESS SHOESOURCE WORLDWIDE, INC.,  </br></br>  Plaintiff,  </br></br> v. </br></br> TARGET CORPORATION and TARGET BRANDS, INC., </br></br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 05-4023-JAR |

## ORDER

This matter comes before the court upon defendants' Motion for Leave to Withdraw Appearance of Michelle A. Paninopoulos as Counsel of Record (Doc. 168).  In support of this request, defendants' counsel states that Michelle A. Paninopoulos is no longer with the law firm of Faegre & Benson LLP.  Pursuant to D. Kan. Rule 83.5.5, defendants were served with a copy of the motion to withdraw the appearance of Michelle Paninopolous.  Defendants' counsel has filed this certificate of service (Doc. 171).  The court finds further briefing on this issue unnecessary.  Accordingly, and for good cause shown,

IT IS THEREFORE ORDERED that is hereby ordered that defendant's Motion for Leave to Withdraw Appearance of Michelle A. Paninopoulos as Counsel of Record (Doc. 168) is granted.

**IT IS SO ORDERED.**

Dated this 5th day of January, 2007, at Topeka Kansas.

                                          s/ K. Gary Sebelius
                                          K. GARY SEBELIUS
                                          U.S. MAGISTRATE JUDGE