### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF KANSAS

|  |  |
|---|---|
| PAYLESS SHOESOURCE WORLDWIDE, INC., ) ) ) )  Plaintiff, ) ) ) ) ) v. ) ) TARGET CORPORATION and ) TARGET BRANDS, INC., ) ) Defendants. ) | Civil Action No. 05-4023-JAR |

### ORDER

This matter comes before the court on plaintiff's Motions for Leave to File Under Seal (Docs. 219 and 220). Defendants have informed the court that they do not oppose the relief sought. The court has reviewed the material plaintiff seeks leave to have filed under seal and finds it properly falls within the ambit of the parties' protective order (Doc. 52).

Standard Order 07-03[1] provides in part:

> If the motion for leave to file under seal is granted, the assigned judge will enter electronically an order authorizing the filing of the document(s) under seal. The assigned judge will also direct the clerk's office to grant to all attorneys who have entered an appearance in that case . . . the ability to view sealed documents in that case . . . . The filing party shall then file its document(s) electronically under seal.

Accordingly, and for good cause shown,

**IT IS THEREFORE ORDERED** that plaintiff's Motions for Leave to File Under Seal (Docs. 219 and 220) are granted. The Clerk of the Court shall accept such exhibits and

---

[1] This order is located on the District's website.

Memorandum in Support for filing with the Court under seal electronically to plaintiff's Motion to Compel (Doc. 218).  The court directs the Clerk's office to grant to all attorneys who have entered an appearance in this case the ability to view sealed documents in this case.  Upon issuance of this order, plaintiff is directed to file its Memorandum and exhibits under seal electronically.

**IT IS SO ORDERED**.

Dated this 13th day of December, 2007 at Topeka, Kansas.

 s/ K. Gary Sebelius
K. Gary Sebelius
United States Magistrate Judge