### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF KANSAS

| | |
|---|---|
| PAYLESS SHOESOURCE WORLDWIDE, INC., ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 05-4023-JAR |
| ) ) ) ) | |
| v. ) ) | |
| TARGET CORPORATION and ) TARGET BRANDS, INC., ) ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the court on defendants' Unopposed Motion to File Exhibits Supporting its Opposition to Plaintiff's Motion to Compel Under Seal (Doc. 229). As the title of the motion indicates, plaintiff does not oppose the relief requested. The court has reviewed the material defendants seek leave to have filed under seal and finds it properly falls within the ambit of the parties' protective order (Doc. 52).

Standard Order 07-03[1] provides in part:

> If the motion for leave to file under seal is granted, the assigned judge will enter electronically an order authorizing the filing of the document(s) under seal. The assigned judge will also direct the clerk's office to grant to all attorneys who have entered an appearance in that case . . . the ability to view sealed documents in that case . . . . The filing party shall then file its document(s) electronically under seal.

Accordingly, and for good cause shown,

---

[1] This order is located on the District's website.

**IT IS THEREFORE ORDERED** that Unopposed Motion to File Exhibits Supporting its Opposition to Plaintiff's Motion to Compel Under Seal (Doc. 229) is granted. The Clerk of the Court shall accept such exhibits in support of defendants' response (Doc. 228) to plaintiff's Motion to Compel (Doc. 218) for electronic filing under seal. The court directs the Clerk's office to grant to all attorneys who have entered an appearance in this case the ability to view sealed documents. Upon issuance of this order, defendants are directed to file their exhibits under seal electronically.

**IT IS SO ORDERED**.

Dated this 4th day of January, 2008 at Topeka, Kansas.

                                                s/ K. Gary Sebelius
                                                K. Gary Sebelius
                                                United States Magistrate Judge