IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

PAYLESS SHOESOURCE WORLDWIDE, )
INC.,                          )
                               )
            Plaintiff,         )   Civil Action No. 05-4023-JAR
                               )
                               )
                               )
                               )
      v.                       )
                               )
TARGET CORPORATION and         )
TARGET BRANDS, INC.,           )
                               )
            Defendants.        )

**ORDER**

This matter comes before the court on plaintiff's Motion for Leave to File Under Seal (Doc. 240). Counsel for defendants do not oppose this motion. The court has reviewed the material plaintiff seeks leave to have filed under seal and finds it properly falls within the ambit of the parties' protective order (Doc. 52).

Standard Order 07-03[1] provides in part:

If the motion for leave to file under seal is granted, the assigned judge will enter electronically an order authorizing the filing of the document(s) under seal. The assigned judge will also direct the clerk's office to grant to all attorneys who have entered an appearance in that case . . . the ability to view sealed documents in that case . . . . The filing party shall then file its document(s) electronically under seal.

Accordingly, and for good cause shown,

**IT IS THEREFORE ORDERED** that plaintiff's Motion for Leave to File Under Seal (Docs. 240) is granted. The Clerk of the Court shall accept such exhibits filing with the Court under

---

[1]This order is located on the District's website.

seal electronically to plaintiff's reply (Doc. 240) in support of its Motion to Compel (Doc. 218). The court directs the Clerk's office to grant to all attorneys who have entered an appearance in this case the ability to view sealed documents in this case. Upon issuance of this order, plaintiff is directed to file its exhibits under seal electronically.

**IT IS SO ORDERED**.

Dated this 7th day of February, 2008 at Topeka, Kansas.

                                              s/ K. Gary Sebelius  
                                              K. Gary Sebelius  
                                              United States Magistrate Judge