## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| PAYLESS SHOESOURCE WORLDWIDE, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-4023-JAR ) |
| TARGET CORPORATION, and TARGET BRANDS, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

Having considered Defendants' Unopposed Motion to File Documents Under Seal filed March 7, 2008 (Doc. 253), and for good cause shown, the Court finds that said motion should be granted, and Defendants' Memorandum in Opposition to Plaintiff's Motion to Compel, supporting Declaration of Eric Jorstad and corresponding Exhibits A–H shall be filed under seal.

The Clerk's office may grant all attorneys the ability to view sealed documents

IT IS SO ORDERED.

Dated this 17th day of March, 2008, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. MAGISTRATE JUDGE