IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

PAYLESS SHOESOURCE WORLDWIDE,
INC.,

                Plaintiff,

v.

TARGET CORPORATION and
TARGET BRANDS, INC.,

                Defendants

Civil Action No. 05-4023-JAR

**ORDER**

This matter comes before the court upon plaintiff's Unopposed Motion For Leave To File Under Seal (Doc. 259), seeking to file under seal plaintiff's Reply in support of its Motion to Compel and Exhibts C,D,E,G,I,P, and R in support thereof (Doc. 243).

Accordingly, having reviewed plaintiff's reply brief and exhibits in support, the court finds good cause to grant the instant motion.

IT IS THEREFORE ORDERED that plaintiff's Unopposed Motion for Leave to File Under Seal (Doc. 259) is granted.  Plaintiff's Reply in Further Support of its Motion to Compel Further Production of Documents, to Compel 30(b)(6) Deposition Testimony, and for Expenses, Sanctions and a Contempt Order (Doc. 243) and Exhibits C, D, E, G, I, P, and R in support thereof shall be filed under seal.   The Clerk is ordered to grant to all attorneys of record access to view the sealed documents.  Plaintiff is ordered to file these documents under seal.

IT IS SO ORDERED.

Dated this 2d day of April, 2008, at Topeka, Kansas.

                                                s/ K. Gary Sebelius
                                                K. Gary Sebelius
                                                U.S. Magistrate Judge