IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

PAYLESS SHOESOURCE WORLDWIDE,
INC.,

                Plaintiff,        Civil Action No. 05-4023-JAR

    v.

TARGET CORPORATION and
TARGET BRANDS, INC.,

                Defendants.

**ORDER**

This matter comes before the court upon defendants' Unopposed Motion to File Certain Exhibits Supporting Their Motion for Summary Judgment Under Seal (Doc. 271), seeking to file under seal Exhibits I, V, W, X, Y, AA, BB, CC, EE, FF, II, LL, QQ, RR, SS, and XX in support of their Motion for Summary Judgment (Doc. 267). Also pending before the court is plaintiff's Unopposed Motions for Leave to File Under Seal (Docs. 274, 290 and 291), seeking to file under seal plaintiff's Memorandum in Support of its Partial Motion for Summary Judgment (Doc. 269)[1], Exhibits 6, 12, 15, 18, 19, 23, 24 and 25[2] and Exhibits 4, 10, 13 and 14 in support.[3]

Considering the unopposed nature of these motions, and having determined the documents at issue involve confidential material governed by the parties' Amended Protective Order (Doc. 52), the court finds good cause to grant the instant motions. The District of Kansas' Standard Order 07-03 provides in part:

> If the motion for leave to file under seal is granted, the assigned judge will enter electronically an order authorizing the filing of the document(s) under seal. The

---

[1] Motion to Seal (Doc. 274).

[2] Motion to Seal (Doc. 290).

[3] Motion to Seal (Doc. 291).

>assigned judge will also direct the clerk's office to grant to all attorneys who have entered an appearance in that case . . . the ability to view sealed documents in that case . . . .  The filing party *shall then* file its document(s) electronically under seal.[4]

Accordingly, and for good cause shown,

IT IS THEREFORE ORDERED defendants' Unopposed Motion to File Certain Exhibits Supporting Their Motion for Summary Judgment Under Seal (Doc. 271) is granted. Defendants shall file electronically under seal, and the Clerk's office shall accept, Exhibits I, V, W, X, Y, AA, BB, CC, EE, FF, II, LL, QQ, RR, SS, and XX in support of their Motion for Summary Judgment (Doc. 267).

IT IS FURTHER ORDERED that plaintiff's Unopposed Motions for Leave to File Under Seal (Docs. 274, 290 and 291) are granted.  Plaintiff shall file electronically under seal, the Clerk's office shall accept, plaintiff's Memorandum in Support of it's Partial Motion for Summary Judgment (Doc. 269), and Exhibits 6, 12, 15, 18, 19, 23, 24 and 25 and Exhibits 4, 10, 13 and 14 in support.

IT IS FURTHER ORDERED that the Clerk's office shall grant to all attorneys of record access to view the sealed documents.

IT IS SO ORDERED.

Dated this 19th day of May, 2008, at Topeka, Kansas.

                                          s/ K. Gary Sebelius
                                          K. Gary Sebelius
                                          U.S. Magistrate Judge

---

[4] Available on the District's website (emphasis added).